IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS, Reg. No. 49803-074, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. 2:21-cv-405-ECM ) |
| CALVIS CALHOUN, *et al.*, | ) ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On May 30, 2024, the Magistrate Judge entered a Recommendation (doc. 30) to which no timely objections have been filed.[1] Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 30) is ADOPTED;

2. The Defendants' answer and special report (doc. 21) is construed as a motion to dismiss, and the motion to dismiss (doc. 21) is GRANTED;

3. This case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

---

[1] Objections originally were due on June 14, 2024. (Doc. 30 at 13). On June 18, 2024, the Court granted the Plaintiff's motion for extension of time to file objections and extended the objection deadline to June 28, 2024. (Doc. 32).

DONE this 8th day of July, 2024.

                                     /s/ Emily C. Marks  
                                EMILY C. MARKS  
                                CHIEF UNITED STATES DISTRICT JUDGE